# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

130095

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

L. E. DIEHL,
      Plaintiff-Appellant,

v

R. L. COOLSAET CONSTRUCTION
COMPANY and LIBERTY MUTUAL
GROUP,
      Defendants-Appellees.

SC: 130095
COA: 253596
Wayne CC: 03-313538-CZ

_____/

On order of the Court, the application for leave to appeal the November 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

s0510

_____
Clerk